THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission et al., Respondents.

Argued May 19, 1941; decided June 12, 1941.

*C. Raymond Hulsart, Jr., Frederick L. Wheeler, Robert D. Brooks* and *Clive C. Handy* for appellant.

*John J. Bennett, Jr., Attorney-General (Henry Epstein, Timothy F. Cohan* and *Jack Goodman* of counsel), for State Tax Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.